# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **ALFREDO MORALES NIEVES** | CASE NO: **15-06534-EAG** |
| Debtor(s) | Chapter 13 |

**TRUSTEE'S NO OBJECTION TO PROPOSED POST CONFIRMATION PLAN MODIFICATION UNDER SECTION 1329**

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **GERMAN A RIECKEHOFF***

Total Agreed: **$1,000.00**    Paid Pre-Petition: **$1,000.00**    Outstanding (Through the Plan): **$0.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1329

Debtor(s) Income is (are) ☐ Under  ☑ Above Median Income     Liquidation Value: $$0.00

Commitment Period is   ☐ 36 months   ☑ 60 months §1325(b)(1)(B)    General Unsecured Pool: $110,887.80

With respect to the Proposed "PCM": Dated 3/17/2017  (Dkt  29)    Plan Base: $60,327.00

The Trustee:   ☑ DOES NOT OBJECT   ☐ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: 100 %

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: March 21, 2017

/s/ Alexandra Rodriguez, Esq.

Last Docket Verified: 30    Last Claim Verified: 2-2    CMC: MC